Complaint

Eastern District of Kentucky
F I L E D
OCT 01 2019     9/19/201

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Come Now Paul Lee Carter Jr Prose

Filing on the United State District

Court Eastern District of Kentucky
Central Division at Lexington

(1) Chief Judge Coffman's Ruld

Opinion and Order DE # 7

State and Fed Case

(2) The case was then handled

up to A United States Magistrate

Judge James B Todd, Document
#22
The action Is Assiged For trail

By Jury on Monday August 23,2010

The Court Requires strict
complian with the terms of this Order



(3) #7 Chief Jugde CoFFman
False Inprisonment In Bank,
See also McCoy v. R.W.T. Inc
Nos 2003 CA-002177-MR 2003CA.002241MA
2005 WL. defamation and mailicious
Prosecotion are traditnal torts
That allow For rocovery of
damage due to emortional
distress (citation amitted)

(4) court of Appeals [PP 10-11] 2014 SC
00038-D (6/03/2015 Supreme court
of Kentucky "order" Denying Discretion
Review of 2013 CA 001123 Supra

C. 2016-CA-000285 (3/04/2016)
Appellant Filed on original action
for Writ of Prohibition Denierd
Order dated 5/10/2016 becouse It
Failed all legal requirements
For extrardinary writs

5) Doc # 15 motion was ~~Actulle~~ Filed
By ~~On~~ Mat Boyd
For Remand — DENIED
30 day's Late =

6) December 29, 2010
Deposition and Subpoena's
After Magistrate Judge Robert E Wier
Order the Record's to Find
In ~~~~ Fack, ed That Officer
Palmer and may's had
Broke the Law he
he Remand my case
Back to the State court
with out haveing a hearing
on the ~~on~~ the
Subpoena evidence