UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| PAUL LEE CARTER, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY, <br><br> Defendant. | Civil Action No. 5: 19-404-DCR <br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Paul Lee Carter, Jr.'s Complaint [Record No. 1] is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: October 3, 2019.

*[Signature]*
Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky